RECEIVED

2004 JUN -3 P 2:51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| PACIFIC INSURANCE COMPANY, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:03-cv-0838-A |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY and UNITED STATES FIDELITY and GUARANTY COMPANY, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, **PACIFIC INSURANCE COMPANY, Ltd.**, and moves the Honorable Court to dismiss the Defendant, National Union Fire Insurance Company, without prejudice. Plaintiff reserves its claims against Liberty Mutual Insurance Company.

Respectfully submitted this 3rd day of June, 2004.

/s/ Flynn Mozingo
JAMES E. WILLIAMS / WIL071
FLYNN MOZINGO / MOZ003
Attorneys for Plaintiff
**Pacific Insurance Company, Ltd.**

Page 1 of 2

OF COUNSEL:

MELTON, ESPY & WILLIAMS, P.C.
Post Office Drawer 5130
Montgomery, Alabama 36103-5130
Telephone Number: 334-263-6621
Facsimile Number: 334-263-7252

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the listed counsel of record, by placing same in the United States Mail, postage prepaid and properly addressed, on this the 3rd day of June, 2004

Dennis McKenna
Prince, McKean, McKenna & Broughton, L.L.C.
Post Office Box 2866
Mobile, Alabama 36652

Rachel Thompson
John W. Dodson
Ferguson, Forst & Dodson, L.L.P.
2500 Acton Road, Suite 200
P.O. Box 430189
Birmingham, Alabama 35243-0189

OF COUNSEL