IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| PACIFIC INSURANCE COMPANY, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: CV-03-A-0838-N ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** the Plaintiff, **Pacific Insurance Company, Ltd.**, and moves this Court to deny Defendant Liberty Mutual Insurance Company's Motion for Summary Judgment and as grounds therefore states the following:

1. On or about October 3, 2003, this Honorable Court issued a scheduling order pursuant to Fed. R. Civ. P. 16(b)(2) setting discovery and dispositive motion deadlines in this matter.

2. According to that Order, any dispositive motions were to be filed no later than 90 days before the pretrial hearing, which was, at that time, scheduled for September 1, 2004. (The pretrial hearing has since been rescheduled to August 31, 2004). Therefore, all dispositive motions were to be filed on or before

June 3, 2004. Consistent with the Court's scheduling order, Pacific filed its Motion for Summary Judgment on June 3, 2004.

    3.    On June 22, 2004, Liberty Mutual filed a paper entitled Response to Plaintiff's Motion for Summary Judgment/Motion for and Brief in Support of Summary Judgment. To the extent Liberty Mutual's paper is a Motion for Summary Judgment, such motion is untimely and therefore is due to be denied.

    4.    The merits of Liberty Mutual's Motion for Summary Judgment are otherwise addressed in Plaintiff's Response to Defendant's Brief in Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted this the 20th day of July, 2004.

_s/ J. Flynn Mozingo_____
JAMES E. WILLIAMS / WIL071
FLYNN MOZINGO / MOZ003
Attorneys for Plaintiff
**Pacific Insurance Company, Ltd.**
MELTON, ESPY & WILLIAMS, P.C.
Post Office Drawer 5130
Montgomery, Alabama 36103-5130
Telephone Number: (334) 263-6621
Facsimile Number: (334) 263-7252
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 20th day of July, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis McKenna
Prince, McKean, McKenna & Broughton, L.L.C.
Post Office Box 2866
Mobile, Alabama 36652

                      Respectfully submitted,

                      _s/ J. Flynn Mozingo_____
                      FLYNN MOZINGO / MOZ003
                      Attorneys for Pacific Insurance Company
                      MELTON, ESPY &  WILLIAMS, P.C.
                      Post Office Drawer 5130
                      Montgomery, Alabama 36103-5130
                      Telephone Number: (334) 263-6621
                      Facsimile Number: (334) 263-7252
                      fmozingo@mewlegal.com