IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PACIFIC LIFE INSURANCE COMPANY LTD., | ) ) | |
| Plaintiff, | ) | (WO) |
| v. | ) ) | Civil Action No. 2:03cv838-A |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Based on the Findings of Fact and Conclusions of Law entered by the court on this day, judgment is hereby entered in favor of the Defendant, Liberty Mutual Insurance Company and against the Plaintiff, Pacific Life Insurance Company, Ltd. Costs are taxed against the Plaintiff.

DONE this 28th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE